```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 08 B 15186
   CLARE E MCCORMICK
                                                   CHAPTER 13

                                                   JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2673

-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/13/2008 and was not confirmed.

     The case was dismissed without confirmation 08/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
CARRINGTON MORTGAGE SERV  CURRENT MORTG          .00            .00             .00
CARRINGTON MORTGAGE SERV  MORTGAGE ARRE    140000.00            .00             .00
HONDA FIN SVC             SECURED VEHIC          .00            .00             .00
HONDA FIN SVC             SECURED VEHIC          .00            .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00             .00
CARRINGTON MTG            NOTICE ONLY     NOT FILED            .00             .00
PHILIP A IGOE             DEBTOR ATTY            .00                            .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        --------------        --------------
TOTALS                        .00                   .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 11/19/08            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE